UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IKEIM C. VASTER,<br><br>             Plaintiff,<br><br>  vs.<br><br>DR. KENNEDY and LT. VELOSKI,<br><br>             Defendants. | NO. CV-08-326-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* REQUEST AND DISMISSING ACTION |

    BEFORE THE COURT is the Report and Recommendation to deny Plaintiff's request to proceed *in forma pauperis* and to dismiss this action. There being no objections, the court **ADOPTS** the Report and Recommendation. The request to proceed *in forma pauperis* is **DENIED** and the action is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address and close the file.

    **DATED** this   3rd   day of April, 2009.

                                          *s/Lonny R. Suko*

                                     LONNY R. SUKO
                           UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING
*IN FORMA PAUPERIS* REQUEST AND DISMISSING ACTION -- 1